223 U. S. 599, 602; *United States* v. *Carter,* 231 U. S. 492, 493. *Mr. Assistant Attorney General Donovan,* with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. A. Samuel Bender* for defendant in error.

---

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 6, 1924, TO AND INCLUDING JANUARY 12, 1925.

No. 435. INDEPENDENT WIRELESS TELEGRAPH COMPANY v. RADIO CORPORATION OF AMERICA. October 13, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William H. Davis* for petitioner. *Mr. L. F. H. Betts* for respondent.

---

No. 515. UNITED STATES ET AL. v. HENRY H. KAUFMAN, TRUSTEE, ETC., ET AL.; and

No. 516. UNITED STATES ET AL. v. ALFRED C. COXE, JR., RECEIVER, ETC. October 13, 1924. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. Sewall Key* for the United States. *Mr. Jonah J. Goldstein* and *Mr. Jos. M. Hartfield* for respondents.

---

No. 472. ALEXANDER MILBURN COMPANY v. DAVISBOURNONVILLE COMPANY. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James A. Watson* for petitioner. *Mr. Dean S. Edmonds* for respondent.

---

No. 524. WILLIAM H. EDWARDS, COLLECTOR OF INTERNAL REVENUE, v. ARCHIBALD DOUGLAS ET AL. EXECUTORS,

ETC. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Matthew C. Fleming* and *Mr. Paul Armitage* for respondents.

---

No. 537. ARMOUR & COMPANY *v.* FORT MORGAN STEAMSHIP COMPANY, LIMITED, ET AL. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. John D. Grace* for petitioner. No appearance for respondents.

---

No. 541. GREAT NORTHERN RAILWAY COMPANY *v.* GALBREATH CATTLE COMPANY ET AL. October 20, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Montana granted. *Mr. I. Parker Veazey, Jr.,* and *Mr. F. G. Dorety* for petitioner. *Mr. Samuel Herrick* and *Mr. E. E. Enterline* for respondents.

---

No. 591. UNITED STATES *v.* TRENTON POTTERIES COMPANY ET AL. October 20, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *The Solicitor General* and *Mr. Nathan Probst, Jr.,* Special Assistant Attorney General, for the United States. *Mr. R. V. Lindabury, Mr. Edward L. Katzenbach* and *Mr. H. Snowden Marshall* for respondents.

---

No. 631. STEAMSHIP " WILLDOMINO," ETC. *v.* CITRO CHEMICAL COMPANY OF AMERICA; and

No. 632. STEAMSHIP " WILLDOMINO," ETC. *v.* CHARLES PFIZER & COMPANY, INC.; and

No. 633. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER, ETC. *v.* CHARLES PFIZER & COMPANY, INC. October 27, 1924. Petition for writs of certiorari to the